UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GONZALEZ, aka JOSE LUIS GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHACON and JAMES GIDEON, <br><br> Defendants. | NO. CV 10-01100-AHM (SS) <br><br> **ORDER ACCEPTING FINDINGS,** <br><br> **CONCLUSIONS AND RECOMMENDATIONS** <br><br> **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motion for Summary Judgment, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge, except as modified below.

\\

\\

\\

\\

1  At page 16, line 9, the Court inserts the following language:

3  Because the Court finds that no Fourth Amendment violation occurred here, it is unnecessary to reach Defendants' assertion of qualified immunity. However, even if the Court had concluded that the force used was not objectively reasonable, a reasonable police officer could properly believe the use of this level of force was necessary, given Plaintiff's intoxication, gang member status, and resistance to arrest. Accordingly, Defendants would be entitled to qualified immunity. Pearson, 555 U.S. at 244-5, 129 S. Ct. at 823.

12  IT IS HEREBY ORDERED THAT:

14  1.  Defendants' Motion for Summary Judgment is GRANTED;

16  2.  Judgment is entered in favor of Defendants and against Plaintiff on all claims raised in the Second Amended Complaint; and

19  3.  The Second Amended Complaint is DISMISSED WITH PREJUDICE.

DATED: September 28, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

2