UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO GONZALEZ, aka JOSE LUIS GONZALEZ, | ) ) ) | NO. CV 10-01100-AHM (SS) |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| MICHAEL CHACON and JAMES GIDEON, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED THAT: (1) Defendants' Motion for Summary Judgment is GRANTED; (2) Judgment is entered in favor of Defendants and against Plaintiff on all claims raised in the Second Amended Complaint; and (3) the Second Amended Complaint is DISMISSED WITH PREJUDICE.

DATED: September 28, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE