# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GONZALEZ, aka JOSE LUIS GONZALEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL CHACON and<br>JAMES GIDEON,<br><br>       Defendants. | NO. CV 10-01100-AHM (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED THAT: (1) Defendants' Motion for Summary Judgment is GRANTED; (2) Judgment is entered in favor of Defendants and against Plaintiff on all claims raised in the Second Amended Complaint; and (3) the Second Amended Complaint is DISMISSED WITH PREJUDICE.

DATED: September 28, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE